IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

AGRACE HOSPICECARE, INCORPORATED
f/k/a HOSPICECARE, INC.,

                  Plaintiff,                  JUDGMENT IN A CIVIL CASE

v.                                      Case No. 11-cv-537-bbc

SAINT JUDE HOSPICE-WISCONSIN, LLC
d/b/a SAINT JUDE HOSPICE AND SAINT
JUDE WISCONSIN,

                  Defendant.

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered granting the motion for voluntary dismissal of this case with prejudice filed by Agrace HospiceCare, Incorporated.


_____        _____3/1/12_____
Peter Oppeneer, Clerk of Court                     Date