IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

AGRACE HOSPICECARE, INCORPORATED
f/k/a HOSPICECARE, INC.,

|  |  |
|---|---|
| Plaintiff, | JUDGMENT IN A CIVIL CASE |
| v. | Case No. 11-cv-537-bbc |

SAINT JUDE HOSPICE-WISCONSIN, LLC
d/b/a SAINT JUDE HOSPICE AND SAINT
JUDE WISCONSIN,

Defendant.

---

This action came for consideration before the court with District Judge
Barbara B. Crabb presiding. The issues have been considered and a decision has been
rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered granting the motion for

voluntary dismissal of this case with prejudice filed by Agrace HospiceCare, Incorporated.


*Peter Oppeneer*
Peter Oppeneer, Clerk of Court

3/1/12
Date